# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 207 WAL 2014
:
           Respondent     :
:
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
          v.                :
:
:
:
JAMES RUSSELL MCDONALD JR.,   :
:
           Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.